UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
OLESYA O'ROURKE,

                        Plaintiff,

  - against -

TWINS DENTAL CARE, P.C., SIMKHA SOLOMON,
and SAMSON SOLOMON,

                      Defendants.
-----------------------------------------------------------------------x

Case No.: 20-CV-03367
(SJB)

**JOINT STIPULATION
OF DISMISSAL
WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff Olesya O'Rourke and defendants Twins Dental Care, P.C., Simkha Solomon and Samson Solomon, by and through their attorneys, jointly submit this Stipulation of Dismissal of this action with prejudice, with each party to bear its own costs, expenses and attorneys' fees except as agreed to in the parties' June 14, 2021 Settlement Agreement and June 28, 2021 Addendum. The parties request that the Clerk of Court now close this case.

By: _____
Laurence Cohen, Esq.
Tuch and Cohen
1025 Old Country Rd, Suite 411
Westbury, New York 11590
(516)783-0062
lcohen@tuchandcohen.com
*Attorneys for Plaintiff*

By: _/s/ Irene Sinayskaya_____
Irene Sinayskaya, Esq.
Sinayskaya Yuniver, P.C.
710 Avenue U
Brooklyn, New York 11223
(718) 402-2240
irene@sypcl.com
*Attorneys for Defendants*

SO ORDERED:

_____
Hon. Sanket J. Bulsara, U.S.M.J.

Dated: July ___, 2021